# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146151 & (59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SUSAN P. SHIPMAN,
          Plaintiff-Appellant/
          Cross-Appellee,

and

PATRICE M. UHNARY,
          Plaintiff,

v

                                        SC: 146151
                                        COA: 303288
                                        Oakland CC: 2009-106112-CZ

STOUT RISIUS ROSS, INC,
          Defendant-Appellee,

and

GORDON K. VELLA,
          Defendant-Appellee/
          Cross-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 2, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013 _____

                    _____

p0325                           Clerk